IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS US LLC, ASTELLAS PHARMA US, INC., MEDIVATION LLC, MEDIVATION PROSTATE THERAPEUTICS LLC, and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>           Plaintiffs,<br><br>    v.<br><br>SUN PHARMACEUTICAL INDUSTRIES, INC.; SUN PHARMACEUTICAL INDUSTRIES LTD.<br><br>           Defendants. | Civil Action No. 2:22-cv-07357 (SRC)(JSA) |

## **DISMISSAL ORDER**

The Court, at the request of Plaintiffs Astellas Pharma Inc., Astellas US LLC, Astellas Pharma US, Inc. (collectively "Astellas"), Medivation LLC, Medivation Prostate Therapeutics LLC (collectively "Medivation"), and The Regents Of The University Of California ("The Regents") (collectively "Plaintiffs"), and Defendants Sun Pharmaceutical Industries, Inc. and Sun Pharmaceutical Industries Ltd. ("Sun") hereby issues the following Dismissal Order:

1. Each of Plaintiffs' claims against Sun with respect to the patent-in suit is hereby dismissed, without prejudice.

2. Each of Sun's defenses and counterclaims with respect to the patent-in-suit is hereby dismissed, without prejudice.

3. Plaintiffs and Sun shall each bear their own costs.

4. The Court retains jurisdiction to enforce this Order and the terms of the parties' settlement agreement.

**SO ORDERED:**

This  30th  day of  October , 2023

s/ Stanley R. Chesler

_____
HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

Case 2:22-cv-07355-SRC-JSA  Document 591  Filed 10/30/23  Page 2 of 2 PageID 3354